UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| PPC BROADBAND, INC., d/b/a PPC,<br><br>　　　　　　　　　　*Plaintiff,*<br><br>-vs-<br><br>TIMES FIBER COMMUNICATIONS, INC.,<br><br>　　　　　　　　　　*Defendant.* | **STIPULATION OF DISMISSAL WITH PREJUDICE**<br><br>Civil Action No. 5:13-cv-00460-GLS-DEP |

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff PPC Broadband, Inc., d/b/a PPC, and Defendant Times Fiber Communications, Inc., by and through their undersigned attorneys, hereby stipulate and agree that the above-captioned action shall be dismissed with prejudice, with each party to bear its own litigation costs, attorneys' fees, and other expenses arising from or related to this litigation.

Dated: July 6, 2015

**BARCLAY DAMON, LLP**

By: ____s/ John D. Cook____
　　Douglas J. Nash (511889)
　　John D. Cook (511491)

Office and Post Office Address
One Park Place
300 South State Street
Syracuse, New York 13202
Telephone: (315) 425-2885
E-Mail: dnash@barclaydamon.com
E-Mail: jcook@ barclaydamon.com

*Attorneys for Plaintiff*
*PPC Broadband, Inc., d/b/a PPC*

**BLANK ROME LLP**

By: ____s/ Charles R. Wolfe, Jr.____
　　Charles R. Wolfe, Jr. (*pro hac vice*)

Office and Post Office Address
600 New Hampshire Ave. NW
Washington, D.C. 20037
Telephone: (612) 349-0116
E-Mail: wolfe@blankrome.com

Mitchell J. Katz, Esq. (301057)
Teresa M. Bennett, Esq. (515025)
MENTER, RUDIN & TRIVELPIECE, P.C.
308 Maltbie Street, Suite 200
Syracuse, New York 13204
Telephone: (315) 474-7541
E-Mail: mkatz@menterlaw.com
E-Mail: tbennett@menterlaw.com

*Attorneys for Defendant*
*Times Fiber Communications, Inc.*

IT IS SO ORDERED.

Dated: July 8, 2015
Albany, NY

_____
Hon. Gary L. Sharpe
Chief U.S. District Judge